# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 20-30-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ERIC BRUCE FOWLER, | |
| Defendant. | |

Upon Motion of Defendant Eric Bruce Fowler for telephonic appearance of witness at Detention Hearing;

IT IS HEREBY ORDERED that Anne Moe is allowed to appear telephonically for the Detention Hearing scheduled for Wednesday, September 30, 2020, at 4:00 p.m. Defense counsel will contact the Clerk of Court's office for the call-in number.

DATED this 29th day of September, 2020.

John Johnston
United States Magistrate Judge