IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20-30-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC BRUCE FOWLER, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the defendant's detention hearing. For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the detention hearing set for September 30, 2020. The United States shall make arrangements with the Clerk of Court's office.

DATED this 30th day of September, 2020.

John Johnston
United States Magistrate Judge

1