IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>ERIC BRUCE FOWLER<br><br>Defendant. | CR-20-30-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 21, 2024. (Doc. 120.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 20, 2024. (Doc.119.)  The United States accused Eric Fowler (Fowler) of violating his

conditions of supervised release 1) by failing to follow the instructions of his probation officer; 2) by failing to report for substance abuse testing; and 3) by failing to report for substance abuse treatment. (Doc. 110.)

At the revocation hearing, Fowler admitted to having violated the conditions of his supervised release by failing to report for substance abuse treatment. The government satisfied its burden of proof with respect to alleged violations 1 and 2. (Doc. 119.)  Judge Johnston found that the violation Fowler admitted is serious and warrants revocation of his supervised release and  recommends a sentence of 4 months, with 32 months of supervised release to follow. Judge Johnston also recommends that Fowler should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility. Fowler was advised of his right to appeal and allocute before the undersigned. (Doc. 119.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc.120) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Eric Bruce Fowler be sentenced to the Bureau of Prison for 4 months with 32 months of supervised release to follow. The Boy should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility.

DATED this 11th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court