# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>ERIC BRUCE FOWLER,<br><br>Defendant. | CR-20-30-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 26, 2025. (Doc. 134.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 25, 2025. (Doc. 130.) The United States accused Eric Fowler (Fowler) of violating the conditions of his supervised release by: (1) having a sweat patch test positive for

methamphetamine on September 13, 2024; and (2) leaving his assigned district without permission of his probation officer by traveling to North Dakota on September 15, 2024. (3) having a sweat patch test positive for methamphetamine on September 23, 2024; (4) committing another federal, state or local charge by being charged in McKenzie County North Dakota on September 15, 2024 with the class B felony offense of Possession with Intent to Manufacture/Deliver Methamphetamine, in violation of North Dakota Criminal Code, §§ 19.03.1-23(1)(a), 19-03.1-07(5), and 12.1-32-01(3); (5) committing another federal, state or local charge by being charged in McKenzie County North.  (Docs. 126 and 128.)

At the revocation hearing, Fowler admitted he had violated the conditions of his supervised by: (1) having a sweat patch test positive for methamphetamine on September 13, 2024; and (2) leaving his assigned district without permission of his probation officer by traveling to North Dakota on September 15, 2024. The Government moved to dismiss allegations (3)-(8), which the Court granted. (Doc. 130.)

Judge Johnston found that the violations Fowler admitted proves serious and warrants revocation of Fowler's supervised release and recommends a term of custody of TIME SERVED with no supervised release to follow. (Doc. 134.)  The Court advised Fowler his right to appeal and to allocute before the undersigned and he waived those rights. (Doc. 130.)

The violation proves serious and warrants revocation of Fowler's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 134) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Eric Bruce Fowler be sentenced to TIME SERVED with no supervised release to follow.

DATED this 26th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Courts